IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CRYSTAL LEANNE KOCSIS,

    Plaintiff,

v.                                      CASE NO. 4:16cv529-RH/CAS

FLORIDA STATE UNIVERSITY
BOARD OF TRUSTEES et al.,

    Defendants.

_____/

## ORDER DISMISSING THE CLAIMS AGAINST INDIVIDUAL DEFENDANTS AND OTHERWISE DENYING THE MOTIONS TO DISMISS

The defendants have filed two motions to dismiss. The first motion is before the court on the magistrate judge's report and recommendation, ECF No. 27. No objections have been filed. The second motion is largely duplicative of the first.

The report and recommendation correctly analyzes the first motion to dismiss. The same analysis applies to the corresponding parts of the second motion. Upon consideration,

    IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendants' first motion to dismiss, ECF No. 21, is granted in part and denied in part. The claims against individual defendants are dismissed. The claims against the Florida State University Board of Trustees are not dismissed.

3. The defendants' second motion to dismiss, ECF No. 28, is denied.

4. I do *not* direct the entry of judgment under Federal Rule of Civil Procedure 54(b).

5. The Board of Trustees must file an answer by September 22, 2017.

6. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 7, 2017.

s/Robert L. Hinkle
United States District Judge