IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CRYSTAL LEANNE KOCSIS,

    Plaintiff,

v.                           CASE NO. 4:16cv529-RH-MJF

FLORIDA STATE UNIVERSITY BOARD
OF TRUSTEES,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 74, and the objections, ECF No. 75. I have reviewed de novo the issues raised by the objections. Upon consideration

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's opinion.

2. The defendant's summary-judgment motion, ECF No. 65, is granted.

3. The clerk must enter judgment stating, "All the plaintiff's claims against all defendants are dismissed with prejudice."

4. The clerk must close the file.

SO ORDERED on March 15, 2019.

          <u>s/Robert L. Hinkle     </u>
          United States District Judge